IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAWAN J. ENGLISH, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CV427 |
| | ) | |
| v. | ) | |
| | ) | |
| METHODIST HEALTHCARE SYSTEM, MD DARREN KEISER, PA SEAN BIGLER, PHYSICIANS CLINIC, TIME WARNER CABLE, Charter Communications, ESIS AGL SOUTH CENTRAL HUB, ESIS Central WC Claims, KELLY HEMAM, ESIS Supervisor Claims Adjuster, and KIMBERLY STINE, ESIS Claims Adjuster, | ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. (Filing No. 2.) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees. Plaintiff is advised that the next step in his case will be for the court to conduct an initial review of his claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The court will conduct this initial review in its normal course of business.

DATED this 12th day of September, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge