IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAWAN J. ENGLISH, | ) | 8:16CV427 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MEMORANDUM |
| v. | ) | AND ORDER |
| | ) | |
| METHODIST HEALTHCARE SYSTEM; DARREN KEISER, MD; SEAN BIGLER, PA; PHYSICIANS CLINIC; TIME WARNER CABLE (CHARTER COMMUNICATIONS); ESIS AGL SOUTH CENTRAL HUB (ESIS CENTRAL WC CLAIMS); KELLY HEMAM, ESIS Supervisor Claims Adjuster; and KIMBERLY STINE, ESIS Claims Adjuster, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

On October 3, 2016, the court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action. To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

DATED this 15th day of November, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge